**NOTICE: The attorneys on the attached list have the opportunity to comply with outstanding requirements prior to the effective date of the Supreme Court Order and <u>not</u> be administratively suspended.**

DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 1
TIME: 15:10:52                  NON-COMPLIANT LAWYERS                USER ID:
jilgenfr

                            ACTIVE

                                                   REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Philadelphia
```
323389  Aaron, Deirdre Anne
322128  Angelakos, Dimitrios
 77783  Anton IV, Frederick W.
 87937  Balakhani, A. Elizabeth
 22616  Baritz, Kenneth Lee
 91759  Battaglia III, Fabio
 20275  Berger, Daniel
318841  Bermudez, Donald
319778  Blackwell, Geoffrey Thomas
 82209  Blazick, Stephen J.
 38928  Blondman, Mark
308700  Borowsky, Alan
 81370  Brogan, Sean Harrison
315153  Brookman, Robert Elliot
318713  Brooks, Tarik A.
204224  Brown, David Michael
210235  Burkavage, Danielle Marie
 95105  Capobianco, Christina Lynn
 42261  Cawley, Michael J.
307852  Chawluk Jr., Thomas Robert
 85306  Chisholm II, Donald
323223  Cogill, John M.
306669  Cortland, Andrea Anne
306887  Cowan, Chad Martin
328552  Dachko, Gregory Alexander
324962  DeMartinis, Germain Eolia
 86160  Delaney, Barbara Lenore
 82641  Eagles, Michael Joseph
330773  Elmer, Alice Maureen
 89116  Fox, Christopher Michael
 19385  Friedman, Dennis L.
208471  Fuchs-Simon, Jesse
322865  Garger, Amanda Patricia
322720  Garza, Abel
 85979  Glaser, Zachary C.
 61779  Goggin III, Robert St. Leger
206510  Golden, Jillian M.
 60538  Goldstein, Matthew Neil
 12535  Goodman, Harold I.
 82983  Gossett Jr., George
321076  Hastings, Dylan Thomas
314445  Hayden, Alex Hellerud
 43842  Haywood III, Arthur L.
329196  Heeter, Nathan James
 84323  Heim, David Paul
310750  Henderson, Michael Brandon
 24480  Herman, Alan Michael
 87797  Hunter, Raymond Jon
 21388  Jarin, Kenneth M.
322776  Javitz, Joshua
 57084  Kadash, Diana R.
307486  Katz Smith, Lauren H.
203812  Kerner, Dawn Christine
```

DATE: 07/16/2024      PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 2
TIME: 15:10:52           NON-COMPLIANT LAWYERS          USER ID:
jilgenfr

                           ACTIVE

                                         REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Philadelphia( Continued )

| ID | Name |
|---|---|
| 324993 | Kiss, Gregory Reed |
| 43776 | Kornilowicz, Marian A. |
| 328675 | Kurlander, David |
| 308350 | Laver, Noa |
| 309877 | Lehr, Samuel Gordon |
| 55680 | Lichtman, Jeffrey S. |
| 207840 | Londar, Lilia |
| 327158 | Malhotra, Garima |
| 329285 | Manoyan, Virginia M. |
| 50273 | Markle, Lori L. |
| 84822 | Markowitz, Tammi |
| 85378 | Marroletti, John A. |
| 26798 | McMahon Jr., John J. |
| 38479 | McNamara, Thomas Sean |
| 322679 | Mita, Daniel Lawrence |
| 309758 | Monroe, Matthew Currie |
| 209527 | Montgomery II, Joseph William |
| 87534 | Mosser, Todd Michael |
| 86115 | Nelson, David Steele |
| 322335 | Nieves Jr., William |
| 46464 | Ortelere, Brian Thomas |
| 54408 | Pallas, George E. |
| 318244 | Phipps, Bradley |
| 31219 | Pizarro, Yolanda Maria |
| 310289 | Rooney V, John Francis |
| 326148 | Rosenfeld, David Andrew |
| 03202 | Rosenthal, Harold |
| 318741 | Ryan, Michael P. |
| 87289 | Ryan, Nancy Oliphant |
| 25154 | Sere, George Morris |
| 37669 | Shaw, Andrew B. |
| 36859 | Simms III, William F. |
| 325049 | Smedley, James Michael |
| 307418 | Smith III, Robert William |
| 329336 | Snyder, Kenneth Henry |
| 88096 | Spaulding, Andrew Jonathan |
| 67766 | Spector, Stacey Leigh |
| 66717 | Stack III, Michael J. |
| 208728 | Sullivan, Brian William |
| 92104 | Tadross, George Raphael |
| 321546 | Taylor, Courtney Devon |
| 50367 | Thalheimer, David Samuel |
| 49896 | Tierce, Michael G. |
| 317189 | Udis, Stuart |
| 312163 | Visser, Joanna L. |
| 209004 | Wong, Vanessa CeeCee |
| 84723 | Young, Heather D. |
| 71872 | Zeitz, Holly N. |

```
DATE: 07/16/2024        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 3
TIME: 15:10:52                  NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                    ACTIVE
                                                                       REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____
```

| County | ID | Lawyer |
|--------|-----|--------|
| Lancaster | 204627 | Atlee, Mark Christian |
| | 82492 | McMillin, Nancy Jeanne |
| | 76124 | Mitchell, Scott Alan |
| | 77663 | Morgan, Stacey Louise |
| | 38915 | Taylor, Daniel Kenneth |
| | 20072 | Wolman, James D. |
| | 319607 | diDonato, Anthony Knabb |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Northampton                        321345  Bruno, Alyssa Marie

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Allegheny
| | |
|---|---|
| 209640 | Alper, Benjamin George |
| 30649 | Arcovio, Robert A. |
| 208020 | Beaudry, Nathan David |
| 30441 | Berry, Cynthia Kay Sychak |
| 208974 | Berry, Sarah Kay Drinkwater |
| 83984 | Blake, Jason James |
| 309633 | Ciccone, Joshua Anthony |
| 202248 | Clark II, George Elmer |
| 73027 | Conn, David L. |
| 18608 | DeMarco, Michael D. |
| 88389 | Dulski, Gregory Philip |
| 76973 | Evans, Jenifer E. |
| 50507 | Friedman, Barry Ira |
| 307602 | Fullerton, Emily Marie |
| 37950 | Gallagher, Kathleen A. |
| 314894 | Gibbs, Steven Eugene Harmon |
| 330943 | Gutierrez, William Payton |
| 63434 | Harshman, John G. |
| 93443 | Hazlewood, Jason E |
| 10423 | Heck, Ronald H. |
| 200809 | Hemminger, Ryan Orville |
| 42099 | Heryford, Craig S. |
| 323277 | Keener, Craig Ryan |
| 313692 | Kelch, David Israel |
| 315990 | Kirwan, Brent Senan |
| 206736 | Lange, Elana Robin |
| 79834 | Luvara, Joseph V. |
| 50066 | Marchesani, Rosemary A. |
| 307511 | Metz, Andrew Laurent |
| 81717 | Mistretta, Anthony Graeme |
| 22104 | O'Brien, Timothy P. |
| 321234 | Papp, Jeremy Stephen |
| 49572 | Presser, David A. |
| 26471 | Remaley, William James |
| 87507 | Reyes, Michelle Fisher |
| 01358 | Robins, Harvey E. |
| 208421 | Schneider, Marcus Bentley |
| 317481 | Shepherd, Martin |
| 34603 | Sperling, Gerri Lynn |
| 37509 | Sproull, Frederick A. |
| 201788 | Suslak, Jason Ronald |
| 00363 | Talarico, Joseph D. |

DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 15:10:52                NON-COMPLIANT LAWYERS          USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Erie
          56206   Angelone, Anthony
          93989   Froess, Kari Ann
          73109   Murphy, Catherine M.
        208546   Rodriques, Anthony Hugh
          22785   Shapira, Randy L.

```
DATE: 07/16/2024        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 7
TIME: 15:10:52                   NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                     ACTIVE
                                                                       REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
```
_____

Bucks
| | |
|---|---|
| 45637 | Baun, David Albert |
| 85901 | Buck, Meredith Jean |
| 92705 | Eves, Brian Christopher |
| 202962 | Fuller, Elissa Joy |
| 322111 | Gaines, Mark Weldon |
| 210104 | Gitman, Eugene |
| 324125 | Jammer, Sarah Lynn |
| 64616 | King, James B. |
| 75231 | Marr, Gail Nicolina |
| 63268 | Pizzo, Joseph William |
| 27883 | Salerno, William James |
| 308940 | Shlamowitz, Lee Michael |
| 328214 | Tisdale, Patrice |
| 74015 | Weiss, Tova |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Cumberland                      75906   Duffie, Mark Clifford
                                07981   Ernico, Jeffrey A.
                               307543   Jameson, Daniel Robert
                                61919   King, John F.
                                56854   Walker, Byron Francis
                               207423   Whittle, Jay Claude

DATE: 07/16/2024             PENNSYLVANIA CONTINUING LEGAL EDUCATION             PAGE: 9
TIME: 15:10:52                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                         ACTIVE
                                                                                 REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Westmoreland                          92397  Bompiani, L. Anthony

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Luzerne                          317806   Bienias III, Carl George
                                  86529   D'Elia, Miriam T.
                                  80455   Stephens Jr., William L.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____

Dauphin                              324114   Brier Jr., Thomas F.
                                      85679   Byerly, Nathanael J.
                                     323222   Close, Elizabeth Ann
                                      12097   Cohen, Walter W.
                                      68721   Gan, Richard Raymond
                                      40787   Kostelac, Camille M.
                                      87967   McQuillan, Bryan Matthew
                                      10169   Ulsh, James A.

DATE: 07/16/2024       PENNSYLVANIA CONTINUING LEGAL EDUCATION       PAGE: 12
TIME: 15:10:53            NON-COMPLIANT LAWYERS            USER ID:
jilgenfr

                        ACTIVE

                                          REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Chester

| | |
|---|---|
| 205538 | Abraham, Anisha Sara |
| 66861 | Boujoukos, Patricia Powers |
| 67472 | Canniff, Brian P. |
| 206740 | Castagna, Kristy Marie |
| 317930 | DiFrancesco, Laura Marie |
| 314273 | FitzPatrick, Thomas Ryan |
| 82662 | Gagliardi, Susan Malia |
| 90289 | Gallagher, Shannon Deegan |
| 55671 | Kennedy, Thomas Aquinas |
| 323492 | Kianka, Timothy Leeds |
| 79750 | Lewis, Deborah G. |
| 93093 | MacDonald, Skye Louise |
| 90344 | McGrory, Alissa Marie |
| 201275 | McNulty, Brian Joseph |
| 83537 | Montgomery-Budd, Angela E.M. |
| 317206 | Ploppert, Carrie Ann Young |
| 307970 | Scharr, Stephen Joseph |
| 36994 | Sennett, Thomas Edward |
| 80851 | Tabasso, Anthony P. |
| 33130 | Tordella, Philip Albert |
| 60270 | Tucci, Allen Charles |
| 85718 | Tuk, Joseph Bryan |
| 67749 | Walsh, Michael Patrick |

```
DATE: 07/16/2024        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 13
TIME: 15:10:53                   NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                    ACTIVE
                                                                       REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
```
_____

York                            200747   Driscoll, Margaret Walsh
                                201584   Kelly, Robert Francis
                                 86772   Scheidemann, John R.
                                 66417   Shambaugh, Thomas D.

DATE: 07/16/2024              PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 14
TIME: 15:10:53                         NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                                            ACTIVE
                                                                                  REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Wayne                              82191  O'Neill, Michael J.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Berks                              90014   Changco, Alvin
                                   52793   Estacio, Richard Anthony
                                  307339   Kline, Jacquelyn Marie

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Blair                              25819  Kaltenbaugh, David J.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Columbia                          321907  Albertson, David G.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Washington                84263   Englesberg, Melissa Struzzi
                          91222   Fahey III, William Thomas
                          86220   McElrath Jr., Paul Walter
                         201201   Morgan, David James
                         312428   Weber, Michael Eric

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Venango                              50083  Rothschild, Neil E.

DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 20
TIME: 15:10:53                    NON-COMPLIANT LAWYERS                           USER ID:
jilgenfr
                                         ACTIVE
                                                                                 REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____
Lycoming                          323402  Marcello, Matthew James

DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 21
TIME: 15:10:53                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____
Crawford                          203952  Pulito, Brian John

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Lehigh                        308091   Benner, Garrett Ross
                               87570   Druckenmiller Jr., Peter J.
                              200741   Kruzel, Amy Lynn
                              324984   Lynch, Keenan D.
                              326986   Melvin, Alisha
                               37026   Seitz, Jack Mitchell

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Delaware                            55869   Armstrong, Daniel A.
                                   205560   Bailey, Thomas Joseph
                                    49096   Biesecker, Jennifer Louise
                                    89764   Cormier, Matthew P.
                                    56019   Coyne, Timothy R.
                                   208967   Davis, Jeniece D
                                   316503   Fluehr, Alfred Joseph
                                    02155   Gallagher, John M.
                                    31171   Giampietro, Michael F.
                                    88428   Glavis, Rachel White
                                    42020   Graf, Bayard H.
                                    72270   Herring, Carol Tatem
                                    34466   Innelli, John Francis
                                    87913   Kennedy, James Ian
                                    57113   Landis, Thomas George
                                   208494   Malofiy, Francis
                                    64780   Martinez, Zulma I.
                                   200363   Micich, Melina Margaret
                                   317739   Oblak, J Jeb Bacon
                                    66849   Raynor Jr., Earl DuBois
                                   208936   Schenker, Brian Martin
                                    37063   Urso, Francis Anthony
                                    76437   Walker, Dylan Jordan

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Susquehanna                          92240  Cooper, Laura Elizabeth

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Mercer                              74693   Moroco, Richard F.
                                   312273   Strem, Christopher James

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Beaver                              89494   Snodgrass, Marianne Wallace

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Montgomery                        85667  Adler, Blair Kalish
                                  46357  Auerbach, Gary Stephen
                                  30058  Berry, Kevin F.
                                  68027  Boldin, Phinorice Jean
                                 202873  Brodzinski, Alyssa Julene
                                 313123  Brooks, Justin Silver
                                  59366  Browne, Liane
                                  85119  Caponi, James M.
                                 207186  Davis, Adam Constantine
                                  76937  Day, Christopher J.
                                  69511  DeSipio, Adam Anthony
                                 209228  Decktor, Michael Philip
                                  83088  Denneler Jr., Joseph William
                                  90740  Fabick III, Edward JT
                                  93761  Faux, Nicole Renee
                                  66166  Feeney, Robin A.
                                  17536  Ficken, Bruce William
                                  94861  Finkelstein, Andrew B.
                                  80254  Gould, Malcolm Stewart
                                 312035  Harkins, Anne Marie
                                  87889  Heisinger, Kathleen Suzanne
                                  80395  Katchen, Katherine M.
                                  83350  Koschineg III, Ernest Frank
                                  02988  Larkin, K. Herzog
                                  77319  Longman, Abbe Michele
                                  76009  Mascaro III, Joseph Patrick
                                 319642  Mazzio, Courtney Kellyn
                                  92542  Menu, Padmini A.
                                  43746  Mezrow, Steven M.
                                  85381  Mian, Lubna
                                  77585  Miller-Wilson, Laval S.
                                 321591  Negron-Bennett, Luz Denise
                                  29229  Ney, Andrew Louis
                                  81058  Peterson, Nancy Rachel
                                 205173  Pile, Elngsi Nego
                                 307668  Porrazza III, John
                                  74745  Rappold, Bernadette M.
                                  87892  Rayer, Kimberly Ann
                                  84573  Richter, Jon Michael
                                  64987  Rodgers, Adam J.
                                 316763  Sabalbaro, Jose Marlow Mataac
                                  51417  Simon, Jessamyne Mauina
                                 304826  Smith, Rhonta Sharon
                                  04259  Solomon, Lawrence
                                  79044  Stevens, Louis Brent
                                  92116  Stewart, Shannon B.
                                 314996  Vassil, Matthew Gordon
                                  60643  Weinberg, Marc Alan
                                  48393  Zielinski, Robert Francis

```
DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 28
TIME: 15:10:53                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Franklin                          82041  Redding, Carol Anne

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

---

Clearfield                          01037  Sughrue, John

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Cambria                              53532  Novak, David J.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Centre                          36845  Kroboth Jr., Charles J.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Butler                         325613   Munza, Jeremy Daniel
                                33222   Rinaldo, Richard F.
                                66078   Thomas, Ronald Nelson

DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 33
TIME: 15:10:53                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____
_____

Adams                            209230  Roberts, Heather Entwistle

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____

Lebanon                          315497   Charles, Nathan Michael Fifer
                                 309482   Whitner, Megan Hallie

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Jefferson                          29408  Dennison, John C.

```
DATE: 07/16/2024           PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 36
TIME: 15:10:53                      NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                         ACTIVE
                                                                             REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
```

_____

Elk                              66366  Pontzer, David Stephen

DATE: 07/16/2024       PENNSYLVANIA CONTINUING LEGAL EDUCATION       PAGE: 37
TIME: 15:10:53              NON-COMPLIANT LAWYERS           USER ID:
jilgenfr

                       ACTIVE

                                         REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

_____
Out Of State

| | |
|---|---|
| 311001 | AbdulMalik, Musa |
| 25221 | Adams, William J. |
| 21318 | Atkins, Roland J. |
| 317326 | Berger, Timothy |
| 316794 | Booth, Elizabeth Gordon |
| 94052 | Brown, Elizabeth Koniers |
| 207947 | Brown, Tracey L. |
| 310332 | Buckley, Kevin William |
| 204875 | Ceccotti, Santino |
| 202117 | Chacko, Ayesha Sarah |
| 315463 | Chandler, Jocelyn Adonica |
| 328945 | Choi, Stephen |
| 36557 | Cobb, Raymond William |
| 324919 | Cole, Jeremy Spencer |
| 323625 | Collins, Randall Johnson |
| 93650 | Corveleyn, Graig Peters |
| 95020 | Cristal, Stephen Harding |
| 61997 | Cronin, Joseph Daniel |
| 315778 | Cuellar, Mauricio |
| 321612 | Davis, Richard Brian |
| 60781 | DeVita, Thomas D. |
| 318982 | Demuren, Samantha Mamawa Bella |
| 59064 | DiCicco Jr., Domenick Charles |
| 316094 | DiPrinzio, Carol Ann |
| 318926 | Dingle, John Arthur |
| 85907 | Dodderer, Arnold Daniel |
| 318143 | Doherty, John Michael |
| 18217 | Douglas, Nathaniel |
| 319714 | Downey, Paul James |
| 202357 | Drejza, Linda Brakmann |
| 22650 | Etter Jr., Thomas C. |
| 201152 | Evans, Austin Allen |
| 316541 | Farcas, Tudor Ion |
| 309806 | Fassano, Anthony Michael |
| 325246 | Fernandez, Roberto Andres |
| 92921 | Fine, Adam Dimitri |
| 310616 | Firkel, Eric Michael |
| 36086 | Folino, Anita B. |
| 84669 | Fox, Janine Danks |
| 311946 | Frazer, Alexander James |
| 322183 | Fried, Jennifer Ellen |
| 206757 | Furman, Sara Horowitz |
| 82393 | Gallucci Jr., Richard D. |
| 203741 | Gayle, Matthew M. |
| 56023 | Gentlesk II, Michael Louis |
| 329966 | Giddings, Garrison |
| 18319 | Glanton, Richard H. |
| 34214 | Glassman, Michael Jeffrey |
| 328579 | Gomolson, Katherine Teresa Forte |
| 84633 | Gray, Justin Yates |
| 330072 | Greenberg, Jeffrey Scott |
| 91687 | Gross, John Jay |
| 308508 | Gulick, Stacey Lee |

```
DATE: 07/16/2024          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 38
TIME: 15:10:53                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                        REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
```
_____

_____

| Out Of State( Continued ) | 38453 | Haagen, Paul Hess |
| | 308057 | Hammond, Michael Joseph |
| | 326895 | Hanni IV, Don Lamar |
| | 49984 | Hansen, Eric Mark |
| | 61468 | Hart, Angela Denise |
| | 329669 | Hatzipetros, Peter Demetrios |
| | 68087 | Haverly, Martin D. |
| | 308024 | Hays, Corinne Keating |
| | 329660 | Heenan, Christopher George |
| | 314810 | Hellwig, Adam |
| | 58679 | Henry, Katherine J. |
| | 44995 | Hess, Jane A. |
| | 328162 | Hopkins, Nathan Lawrence |
| | 66288 | Howard, Bradley Curtis |
| | 316553 | Hutchinson, Jenna Christine |
| | 206169 | Iannucci, Michael Anthony |
| | 316971 | Imadojemu, Osazee Solate |
| | 324988 | Irizarry, Isis Michelle |
| | 313029 | Jaycox, Brandon Kurtis |
| | 206087 | Jones, Shaina Leona |
| | 53893 | Jubanyik, Michael J. |
| | 71005 | Kaltenbach, Christopher E. |
| | 52961 | Kariss, Richard C. |
| | 308924 | Kenton Jr., Lestin Leroy |
| | 88898 | Ketterer, Brian David |
| | 203459 | Kim 2nd, Steven Doyoung |
| | 25582 | Kopko, Edward E. |
| | 325149 | Krahe, Liam Thomas |
| | 330083 | Kuhn, David Thomas |
| | 77012 | LaPorta, Jennifer Lynn |
| | 326643 | Lagano, Frank |
| | 307181 | Lee, James Ephraim |
| | 321652 | Leeds, Christopher Nelson |
| | 317359 | Lemberg, Sergei |
| | 325424 | Leneghan, Christine |
| | 64466 | Levenson, Scott Craig |
| | 58051 | Lomenick, James Robert |
| | 319198 | Lowe, Danielle Renee |
| | 43472 | MaCauley Jr., William M. |
| | 309731 | Margolis, Aaron J. |
| | 43755 | Masciocchi, Thomas G. |
| | 328765 | Mattila, Katariina |
| | 66831 | Mayers, Steven W. |
| | 78792 | McClain, Daniel D. |
| | 330770 | McGovern, Hayden Kenneth |
| | 19093 | McLaughlin, Charles Henry |
| | 50728 | Mitnick, Craig R. |
| | 203253 | Montgomery, Suzanne Dorothea |
| | 209693 | Morgan, Cameron R. |
| | 79534 | Morris, Richard R. |
| | 307444 | Murphy, Robert Emile |
| | 310218 | Nesevich, Ruslan |
| | 325052 | Nock, Christopher Leonard |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Out Of State( Continued )     84789   Orsen, Jonathan Allen
                              68900   Pagano, Ralph V.
                              81392   Panzarella, Lucia A.
                             318515   Papasavvas, Krystina
                             310503   Park, Thomas
                              87100   Pepper, Luke Thomas
                              41275   Person, Cynthia Ranck
                              71723   Podolnick, Matthew
                              81561   Presenza, Louis J.
                             324301   Ramos, Michele Ann
                              92915   Robinson, Blair Joseph
                             207157   Rooney, Lori Williams
                             206518   Roybal, Jimmy Newmoon
                              40268   Rupinski, Robert F.
                             315654   Sadaka, Mark Theodore
                              84921   Schnabel, Eric Lopez
                              74627   Shea, John D.
                              86929   Sheppard, David Kyle
                             304878   Soler, Alberto Jose
                             318068   Spiro, Jason
                              92888   Spiro, Michael Paul
                             330035   Stalfa, Gregory James
                              63774   Stein, Robert P.
                             202193   Stelmakh, Katya
                             321393   Stewart, Shelita M
                              40619   Taffet, Gary A.
                             329995   Tallent, James Addison
                              42852   Tarlov, Edward Abe
                             323266   Timko, Amy Lynne
                             318203   Trautmann, Robert Ted
                              92828   Troso, Michael V.
                              81376   Turk, Christopher Michael
                              45372   Vassallo, Carol L.
                              82941   Vedder, Alden W.
                             203848   Villanueva, Katherine Leigh
                              30959   Waskevich Jr., Charles F.
                             321371   West, Kirby Thomas
                              86331   Williams, Dionne Savage
                              68918   Williams, Ralph
                              87697   Wilson, Charles Seth
                              65890   Wood, Lisa Corinna
                              52234   Younger-Halliman, Sheila K.


                    COUNT OF ATTORNEYS FOR ACTIVE STATUS IS 471

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Philadelphia                    83341  Davis, Kelly Lyn

```
DATE: 07/16/2024        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 41
TIME: 15:10:53                 NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                    EMERITUS
                                                                       REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
```
_____

Allegheny                       01583  Van Kirk, Thomas L.


        COUNT OF ATTORNEYS FOR EMERITUS   STATUS IS 2

DATE: 07/16/2024        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 42
TIME: 15:10:53             NON-COMPLIANT LAWYERS        USER ID: jilgenfr

LIMITED IN-HOUSE CORPORATE COUNSEL

                REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
Philadelphia                    322265  Mieczkowski Jr., Francis E.
                            326569  Morrell, Aidan McGuire

                                LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                                       REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____
_____
Northampton                      310098  Magazzu, Michael Albert

DATE: 07/16/2024            PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 44
TIME: 15:10:53                         NON-COMPLIANT LAWYERS                           USER ID:
jilgenfr
                              LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                                       REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

Cumberland                         330080  Betterton, Evan Frederic Greenlief

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED

_____

Chester                           310143  Jensen, Scott Jeffrey

DATE: 07/16/2024            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 46
TIME: 15:10:53                        NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                              LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 3 YEAR END DATE = 12312023, REINST FEE ASSESSED
_____

_____
York                                94885  Hura, Douglas James

        COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL STATUS IS 6

        TOTALS PER COUNTY:

            Philadelphia                    101
            Lancaster                         7
            Northampton                       1
            Allegheny                        42
            Erie                              5
            Bucks                            14
            Cumberland                        6
            Westmoreland                      1
            Luzerne                           3
            Dauphin                           8
            Chester                          23
            York                              4
            Wayne                             1
            Berks                             3
            Blair                             1
            Columbia                          1
            Washington                        5
            Venango                           1
            Lycoming                          1
            Crawford                          1
            Lehigh                            6
            Delaware                         23
            Susquehanna                       1
            Mercer                            2
            Beaver                            1
            Montgomery                       49
            Franklin                          1
            Clearfield                        1
            Cambria                           1
            Centre                            1
            Butler                            3
            Adams                             1
            Lebanon                           2
            Jefferson                         1
            Elk                               1
            Out Of State                    148
            Philadelphia                      1
            Allegheny                         1
            Philadelphia                      2
            Northampton                       1
            Cumberland                        1
            Chester                           1
            York                              1


        TOTAL NUMBER OF LAWYERS REPORTED:      479